

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2015

No. 04-15-00128-CR

**IN RE** Eduardo **TREVINO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                   Marialyn Barnard, Justice
                   Patricia O. Alvarez, Justice

On May 6, 2015, relator Eduardo Trevino filed a motion to object asking this court to reconsider its order of April 22, 2015, which denied relator's motion to modify the trial court's order. The court has considered relator's request to reconsider and it is DENIED.

It is so **ORDERED** on May 14, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause Nos. 1999CR4085, 1999CR6204, and 1999CR6205, each styled *The State of Texas v. Eduardo Trevino*, pending in the 144th Judicial District Court, Bexar County, Texas, the Lorina I. Rummel presiding.